1

2 **BEFORE THE UNITED STATES JUDICIAL PANEL ON**

**MULTIDISTRICT LITIGATION**
3

4

5 | In Re: 23ANDME, INC., Customer Data Security | MDL No. 3098 |
| Breach Litigation | |
6

7

8 <u>**CERTIFICATE OF SERVICE**</u>

9         In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial

10 Panel on Multidistrict Litigation, I hereby certify that on January 18, 2024, copies of the

11 foregoing Plaintiff Thomas Vickery's Response in Opposition to Motion for Transfer and

12 Consolidation Pursuant to 28 U.S.C. § 1407 was electronically filed with the Clerk of the Court

13 through the CM/ECF system, which will send notification of such filing to all counsel of record

14 registered as CM/ECF users, as denoted on the Electronic Mail Notice List.

15 **Counsel for Parties Served via ECF:**

16

17

18

19

20

21

22

23

24

25

26

27

28

| **Santana, et al. v. 23andMe, Inc.** | **Lamons v. 23andMe, Inc.** |
|---|---|
| (Case No. 3:23-cv-05147-EMC) | (Case No. 3:23-cv-05178-EMC) |
| **Northern District of California** | **Northern District of California** |
| | |
| Scott Edelsberg | Michael R. Reese |
| EDELSBERG LAW, P.A. | mreese@reesellp.com |
| scott@edelsberglaw.com | 100 West 93rd Street, 16th Floor |
| 1925 Century Park E #1700 | New York, New York 10025 |
| Los Angeles, CA 90067 | Telephone: (212) 643-0500 |
| Telephone: 305-975-3320 | |
| | George V. Granade |
| Andrew J. Shamis | 8484 Wilshire Boulevard, Suite 515 |
| SHAMIS & GENTILE, P.A. | Los Angeles, California 90211 |
| 14 NE 1st Avenue, Suite 400 | Telephone: (310) 393-0070 |
| Miami, FL 33132 | ggranade@reesellp.com |
| Telephone: 305-479-2299 | |
| ashamis@shamisgentile.com | Charles D. Moore REESE LLP |
| | cmoore@reesellp.com |
| **Attorneys for Plaintiffs Monica Santana** | 100 South 5th Street, Suite 1900 |
| **and Paula Kleynburd** | Minneapolis, Minnesota 55402 |
| | Telephone: (212) 643-0500 |
| | |
| | Kevin Laukaitis |
| | LAUKAITIS LAW LLC |

| | |
|---|---|
| 1<br>2<br>3<br>4 | klaukaitis@laukaitis.com<br>954 Avenida Ponce De Leon Suite 205,<br>#10518<br>San Juan, Puerto Rico 00907<br>Telephone: (215) 789-4462<br><br>**Attorneys for Plaintiff Kerry Lamons** |

| | |
|---|---|
| **Eden et al v. 23andMe, Inc.**<br>(Case No. 3:23-cv-05200-EMC)<br>**Northern District of California** | **J.S. et al v. 23andMe, Inc., et al.**<br>(Case No. 3:23-cv-05234-EMC)<br>**Northern District of California** |
| Melissa Emert<br>Gary S. Graifman<br>KANTROWITZ, GOLDHAMER &<br>GRAIFMAN, P.C.<br>135 Chestnut Ridge Road, Suite 200<br>Montvale, NJ 07645<br>memert@kgglaw.com<br>ggraifman@kgglaw.com<br>Telephone: (845) 356-2570<br>Facsimile: (845) 356-4335<br><br>David S. Casey<br>dcasey@cglaw.com<br>Gayle M. Blatt<br>gmb@cglaw.com<br>P. Camille Guerra<br>camille@cglaw.com<br>110 Laurel Street<br>San Diego, CA 92101<br>Telephone: (619) 238-1811<br>Facsimile: (619) 544-9232<br>CASEY GERRY SCHENK<br>FRANCAVILLA BLATT & PENFIELD,<br>LLP<br><br>**Attorneys for Plaintiffs Bonnie Eden (also a Movant in Case No. 3:23-cv-05147-EMC), Daniel Pinho, Thomas Seawright and Pamela Zager-Maya** | Sharon J. Zinns<br>ZINNS LAW, LLC<br>4243 Dunwoody Club Drive<br>Suite 104<br>Atlanta, Georgia 30350<br>(404) 882-9002<br>sharon@zinnslaw.com<br><br>Maureen M. Brady<br>Lucy McShane<br>McSHANE & BRADY, LLC<br>1656 Washington Street, Suite 120<br>Kansas City, MO 64108<br>Telephone: (816) 888-8010<br>Facsimile: (816) 332-6295<br>mbrady@mcshanebradylaw.com<br>lmcshane@mcshanebradylaw.com<br><br>**Attorneys for Plaintiffs J.S., J.T., and A.L** |

| | |
|---|---|
| **Mirza v. 23andMe, Inc.**<br>(Case No. 3:23-cv-05259-EMC)<br>**Northern District of California** | **Navarro v. 23andMe, Inc.**<br>(Case No. 3:23-cv-05281-EMC)<br>**Northern District of California** |
| Seyed Abbas<br>Kazerounian Mona<br>Amini<br>KAZEROUNI LAW GROUP, APC<br>ak@kazlg.com | Scott Edward Cole<br>Laura Grace Van Note<br>COLE & VAN NOTE<br>555 12th Street, Suite 2100<br>Oakland, California 94607 |

-2-

| | |
|---|---|
| 1 | mona@kazlg.com |
| | 245 Fischer Avenue, Unit D1 |
| 2 | Costa Mesa, California 92626 |
| | Telephone: (800) 400-6808 |
| 3 | Facsimile: (800) 520-5523 |
| 4 | **Attorneys for Plaintiff Haris Mirza** |

Telephone: (510) 891-9800
Facsimile: (510) 891-7030
sec@colevannote.com
lvn@colevannote.com

**Attorneys for Plaintiffs Katianne Navarro
and Michael Blackwell**

---

**Greenberg v. 23andMe, Inc.**
(Case 3:23-cv-05302-EMC)
**Northern District of California**

John J. Nelson
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
402 W Broadway, Suite 1760
San Diego, CA 92101
Tel.: (858) 209-6941
jnelson@milberg.com

Jeff Ostrow
KOPELOWITZ OSTROW FERGUSON
WEISELBERG GILBERT
One West Las Olas Blvd., Suite 500
Fort Lauderdale, Florida 33301
Telephone: 954-525-4100
ostrow@kolawyers.com

**Attorneys for Plaintiff Caroline Greenberg**

**Friend v. 23andMe, Inc.**
(Case No. 3:23-cv-05323-EMC)
**Northern District of California**

Kaveh S. Elihu
Saima Ali Gipson
1001 Wilshire Boulevard
Los Angeles, California 90017
Telephone: (213) 382-2222
Facsimile: (213) 382-2230
EMPLOYEE JUSTICE LEGAL GROUP, PC
kelihu@ejlglaw.com
sali@ejlglaw.com

**Attorneys for Plaintiffs Nichole Friend,
Aaron Parra, and Mari Rajamin**

---

**Hoffman et al v. 23andMe, Inc.**
(Case No. 3:23-cv-05332-EMC)
**Northern District of California**

John J. Nelson
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
402 W. Broadway, Suite 1760
San Diego, California 9
Tel.: (858) 209-6941
jnelson@milberg.com

Marc E. Dann
DANNLAW
25 North Street
Dublin, Ohio 43017
mdann@dannlaw.com

Thomas A. Zimmerman, Jr.
ZIMMERMAN LAW OFFICES, P.C.
77 W. Washington Street, Suite 1220

**Farmer v. 23andMe, Inc.**
(Case No. 3:23-cv-05341-EMC)
**Northern District of California**

M. Anderson Berry
Gregory Haroutunian
Brandon P. Jack
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 239-4778
aberry@justice4you.com
gharoutunian@justice4you.com
bjack@justice4you.com

Benjamin H. Kleine
KLEINE PC
95 Third Street, 2nd
Floor, #9048
San Francisco, CA 94103
Telephone: 415-465-5655
ben@kleinepc.com

| | |
|---|---|
| Chicago, Illinois 60602<br>(312) 440-0020 telephone<br>(312) 440-4180 facsimile<br>tom@attorneyzim.com<br><br>**Attorneys for Plaintiffs Alexandra Hoffman and Alexandra Klawitter** | **Attorneys for Plaintiff Adriane Farmer** |
| **Berman et al v. 23andMe, Inc.**<br>(Case No. 3:23-cv-05345-EMC)<br>**Northern District of California**<br><br>Ross M. Good<br>LOFTUS & EISENBERG, LTD.<br>161 N. Clark, Suite 1600<br>Chicago, Illinois 60601<br>T: (312) 889-6625<br>ross@loftusandeisenberg.com<br><br>William Aron ARON LAW FIRM<br>15 W Carrillo St, Suite 217<br>Santa Barbara,<br>CA 93101<br>T: (805) 618-1768<br>bill@aronlawfirm.com<br><br>**Attorneys for Plaintiffs Melanie Berman, Lisa Jones, Lyon Leifer, Kathleen Canfield Loftus, Julia Hawkins** | **Tulchinsky v. 23andMe, Inc.**<br>(Case No. 3:23-cv-05369-EMC)<br>**Northern District of California**<br><br>Michael R. Reese<br>mreese@reesellp.com<br>100 West 93rd Street, 16th Floor<br>New York, New York 10025<br>Telephone: (212) 643-0500<br>George V. Granade<br>ggrandade@reesellp.com<br>8484 Wilshire Boulevard, Suite 515<br>Los Angeles, California 90211<br>Telephone: (310) 393-0070<br><br>Charles D. Moore<br>REESE LLP<br>cmoore@reesellp.com<br>100 South 5th Street, Suite 1900<br>Minneapolis, Minnesota 55402<br>Telephone: (212) 643-0500<br><br>Courtney L. Weiner<br>LAW OFFICE OF COURTNEY WEINER PLLC<br>cw@courtneyweinerlaw.com<br>1629 K St. NW, Suite 300<br>Washington, DC 20006<br>Telephone: (202) 827-9980<br><br>**Attorneys for Plaintiff David Tulchinsky** |
| **Seikel v. 23andMe, Inc.**<br>(Case No. 3:23-cv-05419-EMC)<br>**Northern District of California**<br><br>Ben F. Pierce Gore<br>PIERCE GORE LAW FIRM, PC<br>315 Montgomery Street<br>10th Floor<br>San Francisco, CA 94104<br>(408) 806-4600 | **Fralix v. 23andMe, Inc**.<br>(Case No. 3:23-cv-05439-EMC)<br>**Northern District of California**<br><br>Eric M. Poulin<br>eric.poulin@poulinwilley.com<br>Blake G. Abbott<br>blake.abbott@poulinwilley.com<br>Paul J. Doolittle<br>paul.doolittle@poulinwilley.com |

piercegore@gmail.com

Charles J. LaDuca Brendan Thompson
CUNEO GILBERT & LADUCA, LLP
4725 Wisconsin Avenue NW Suite 200
Washington, DC 20016 (202) 789-3960
charles@cuneolaw.com;
 brendan@cuneolaw.com

Charles Barrett
Daniella Bhadare-Valente
Morgan L. Burkett
NEAL & HARWELL, PLC
1201 Demonbreun St.
Suite 1000
Nashville, TN 37203
(615) 244-1713
cbarrett@nealharwell.com
dbhadare-valente@nealharwell.com
mburkett@nealharwell.com

**Attorneys for Plaintiff Stephen L. Seikel**

Velez v. 23andMe, Inc.
(Case No. 3:23-cv-05464-EMC)
Northern District of California
Karen Hanson Riebel
Kate Baxter-Kauf
Maureen Kane Berg
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Square, Suite 2200
Minneapolis, Minnesota 55401
Telephone: 612-339-6900
Facsimile: 612-339-0981
khriebel@locklaw.com
kmbaxter-kauf@locklaw.com
mkberg@locklaw.com
Gayle M. Blatt
P. Camille Guerra
CASEY GERRY SCHENK
FRANCAVILLA BLATT & PENFIELD,
LLP
110 Laurel Street
San Diego, CA 92101
Telephone: 619-238-1811
Facsimile: 619-544-9232
gmb@cglaw.com
camille@cglaw.com
Gary F. Lynch

32 Ann Street
Charleston, SC 29403
Telephone: (803) 222-2222
Fax: (843) 494-5536
POULIN WILLEY ANASTOPOULO, LLC

John Christian
yanni@bohrenlaw.com
8560 West Sunset Boulevard, 4th Floor
West Hollywood, CA 90069
Tel: 619-433-2803
Fax: 800-867-6779
Bohren BOHREN LAW, APC
**Attorneys for Plaintiff Elaine Fralix**

**Smith v. 23andMe, Inc.**
(Case No. 3:23-cv-05548-EMC)
**Northern District of California**

Nicholas A. Migliaccio
412 H Street NE, no. 302,
Washington, DC, 20002
Office: (202) 470-3520
nmigliaccio@classlawdc.com

Jason S. Rathod
jrathod@classlawdc.com

Matthew Smith
201 Spear Street, Suite 1100
San Francisco, CA 94105
Tel: (831) 687-8255
MIGLIACCIO & RATHOD LLP
msmith@classlawdc.com

**Attorneys for Plaintiff Laquisha Smith**

| | |
|---|---|
| 1   LYNCH CARPENTER, LLP<br>2   1133 Penn Avenue, 5th Floor<br>    Pittsburg, PA 15222<br>3   Telephone: 412-322-9243<br>    Facsimile: 412-231-0246<br>4   gary@lcllp.com<br><br>5   **Attorneys for Plaintiff Harold Velez** | |

| | |
|---|---|
| **Alperstein et al v. 23andMe, Inc.**<br>(Case No. 3:23-cv-05541-EMC)<br>**Northern District of California**<br>CLARKSON LAW FIRM, P.C.<br>Ryan J. Clarkson<br>rclarkson@clarksonlawfirm.com<br>Yana Hart<br>yhart@clarksonlawfirm.com<br>Tiara Avaness<br>tavaness@clarksonlawfirm.com<br>Valter Malkhasyan<br>vmalkhasyan@clarksonlawfirm.com<br>22525 Pacific Coast Highway<br>Malibu, CA 90265<br>Tel: (213) 788-4050<br>Fax: (213) 788-4070<br><br>**Attorneys for Plaintiffs Max Alperstein and Arya Shoaee** | **Furia v. 23andMe, Inc.**<br>(Case No. 3:23-cv-05565-EMC)<br>**Northern District of California**<br>Matthew Smith<br>MIGLIACCIO & RATHOD LLP<br>201 Spear Street, Suite 1100<br>San Francisco, CA 94105<br>Tel: (831) 687-8255<br>msmith@classlawdc.com<br><br>Daniel E. Gustafson<br>David A. Goodwin<br>Matt Jacobs<br>GUSTAFSON GLUEK PLLC<br>120 South Sixth Street, Suite 2600<br>Minneapolis, MN 55402<br>Tel: (612) 333-8844<br>dgustafson@gustafsongluek.com<br>dgoodwin@gustafsongluek.com<br>mjacos@gustafsongluek.com<br><br>**Attorneys for Plaintiff Nicholas Furia** |

| | |
|---|---|
| **Schutz v. 23andMe Inc.**<br>(Case No. 3:23-cv-05579)<br>**Northern District of California**<br><br>KAPLAN FOX & KILSHEIMER LLP<br>Laurence D. King<br>Matthew B. George<br>Blair E. Reed<br>1999 Harrison Street, Suite 1560<br>Oakland, CA 94612<br>Telephone: 415-772-4700<br>Facsimile: 415-772-4707<br>Email: lking@kaplanfox.com<br>mgeorge@kaplanfox.com<br>breed@kaplanfox.com<br><br>BARNOW AND ASSOCIATES, P.C.<br>Ben Barnow | **Vickery v. 23andMe, Inc.**<br>(Case No. 3:23-cv-05635-EMC)<br>**Northern District of California**<br><br>Rachele R. Byrd<br>WOLF HALDENSTEIN ADLER<br>FREEMAN<br>& HERZ LLP<br>750 B Street, Suite 1820<br>San Diego, CA 92101<br>Telephone: (619) 239-4599<br>Facsimile: (619) 234-4599<br>byrd@whafh.com<br><br>Jon Tostrud<br>TOSTRUD LAW GROUP, PC<br>1925 Century Park East, Suite 2100<br>Los Angeles, CA 90067 |

| | | |
|---|---|---|
| 1 | Anthony L. Parkhill | Telephone: 310/278-2600 |
| 2 | 205 West Randolph Street, Suite 1630<br>Chicago, IL 60606 | Facsimile: 310/278-2640<br>jtostrud@tostrudlaw.com |
| 3 | Telephone: 312-621-2000 | |
| | Facsimile: 312-641-5504 | Erik H. Langeland |
| 4 | Email: b.barnow@barnowlaw.com | ERIK H. LANGELAND, P.C. |
| | aparkhill@barnowlaw.com | 733 Third Avenue, 16th Floor |
| 5 | | New York, NY. 10017 |
| | **Attorneys for Plaintiff Michael Schutz,** | Telephone: (212) 354-6270 |
| 6 | **Cody Vogel, and Eileen Mullen (also a** | elangeland@langelandlaw.com |
| 7 | **Movant in Case No. 3:23-cv-05147-EMC)** | **Attorneys for Plaintiff Thomas Vickery** |
| 8 | **Sorensen v. 23andMe, Inc.** | **Doe v. 23andMe, Inc.** |
| | (Case No. 3:23-cv-05677-EMC) | (Case No. 3:23-cv-05717-EMC) |
| 9 | **Northern District of California** | **Northern District of California** |
| 10 | M. Anderson Berry | ROBBINS GELLER RUDMAN |
| | Gregory Haroutunian | & DOWD LLP |
| 11 | Brandon P. Jack | Dorothy P. Antullis |
| | CLAYEO C. ARNOLD | Stuart A. Davidson |
| 12 | 865 Howe Avenue | Lindsey H. Taylor |
| | Sacramento, CA 95825 | Nicolle B. Brito |
| 13 | Telephone: (916) 239-4778 | Alexander C. Cohen |
| | Facsimile: (916) 924-1829 | Nicolle B. Brito |
| 14 | aberry@justice4you.com | 225 NE Mizner Boulevard, Suite 720 |
| 15 | gharoutunian@justice4you.com | Boca Raton, FL 33432 |
| | bjack@justice4you.com | Telephone: 561/750-3000 |
| 16 | | 561/750-3364 (fax) |
| | William B. Federman | DAntullis@rgrdlaw.com |
| 17 | FEDERMAN & SHERWOOD | NBrito@rgrdlaw.com |
| 18 | 10205 N. Pennsylvania Ave. | LTaylor@rgrdlaw.com |
| | Oklahoma City, OK 73120 | ACohen@rgrdlaw.com |
| 19 | -and212 W. Spring Valley Road | SDavidson@rgrdlaw.com |
| | Richardson, Texas 75081 | |
| 20 | Telephone: (405) 235-1560 | THE GRANT LAW FIRM, PLLC |
| 21 | Facsimile: (405) 239-2112 | Lynda J. Grant |
| | wbf@federmanlaw.com | lgrant@grantfirm.com |
| 22 | | 521 Fifth Avenue, 17th Floor |
| | **Attorneys for Plaintiff Brianna Sorensen** | New York, NY 10175 |
| 23 | | Telephone: 212/292-4441 |
| 24 | | 212/292-4442 (fax) |
| 25 | | LONGMAN LAW, P.C. |
| | | Howard T. Longman |
| 26 | | HLongman@Longman.Law |
| | | 354 Eisenhower Parkway, Suite 1800 |
| 27 | | Livingston, NJ 07039 |
| | | Telephone: 973/994-2315 |
| 28 | | 973/994-2319 (fax) |

| | |
|---|---|
| | **Attorneys for John Doe** |

**Dube v. 23andMe, Inc.**
(Case No. 3:23-cv-05768-EMC)
**Northern District of California**
John J. Nelson
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, LLC
402 W. Broadway, Suite 1760
San Diego, CA 92101
Telephone: (858) 209-6941
Fax: (858) 209-6941
Email: jnelson@milberg.com

Jason P. Sultzer, Esq.
270 Madison Avenue, Suite 1800
New York, NY 10016
Tel: (845) 483-7100
Fax: (888) 749-7747
sultzerj@thesultzerlawgroup.com

Charles E. Schaffer, Esq.
LEVIN SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Tel: 215-592-1500
cschaffer@lfsblaw.com

**Attorneys for Plaintiff Briana Dube**

**Andrizzi v. 23andMe, Inc.**
(Case No. 3:23-cv-05198-EMC)
**Northern District of California**
Daniel Srourian, Esq.
SROURIAN LAW FIRM, P.C.
3435 Wilshire Blvd., Suite 1710
Los Angeles, California 90010
Telephone: (213) 474-3800
Facsimile: (213) 471-4160
Email: daniel@slfla.com

**Attorneys for Plaintiff Michelle Andrizzi**

**Molina v. 23andMe, Inc.**
(Case No. 3:23-cv-05779-EMC)
**Northern District of California**

Daniel E. Barenbaum
Christina M. Sarraf
425 California Street, Suite 2300
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email: dbarenbaum@bermantabacco.com
csarraf@bermantabacco.com

Patrick T. Egan
Steven J. Buttacavoli
BERMAN TABACCO
One Liberty Square
Boston, MA 02109
Telephone: (617) 542-8300
Facsimile: (617) 542-1194

**Scott v. 23andMe Holding Co., 23andMe, Inc.**
(Case No. 3:23-cv-5980-LB)
**Northern District of California**

LEXINGTON LAW GROUP
Mark N. Todzo
Meredyth L. Merrow
503 Divisadero Street
San Francisco, CA 94117
Telephone: (415) 913-7800
Facsimile: (415) 759-4112
mtodzo@lexlawgroup.com
mmerrow@lexlawgroup.com

Joseph P. Guglielmo
Carey Alexander
SCOTT+SCOTT ATTORNEYS AT LAW
LLP
The Helmsley Building

| | |
|---|---|
| 1 | Email: pegan@bermantabacco.com | 230 Park Avenue, 17th Floor |
| 2 | sbuttacavoli@bermantabacco.com<br>**Attorneys for Plaintiff Brandon Molina** | New York, NY 10169-1820<br>Telephone: (212) 223-6444 |
| 3 | | Facsimile: (212) 223-6334<br>jguglielmo@scott-scott.com |
| 4 | | calexander@scott-scott.com |
| 5 | | **Attorneys for Plaintiff Tracy Scott, Anna<br>Daveiga, and Emily Beale** |
| 6 | **Ioffe v. 23andMe, Inc.** | **Rivers v. 23andMe Holding Co., 23andMe,<br>Inc.** |
| 7 | (Case No. 5:23-cv-06205-NC)<br>**Northern District of California** | (Case No. 4:23-cv-06481-DMR)<br>**Northern District of California** |
| 8 | SCHUBERT JONCKHEER & KOLBE LLP | |
| 9 | Robert C. Schubert | AZRA MEHDI (SBN 220406) |
| | rschubert@sjk.law | azram@themehdifirm.com |
| 10 | Amber L. Schubert | The Mehdi Firm, PC |
| | aschubert@sjk.law | 95 Third Street |
| 11 | 2001 Union St, Ste 200 | 2nd Floor No. 9122 |
| 12 | San Francisco, CA 94123<br>Tel: (415) 788-4220 | San Francisco, CA 94103<br>Ph/Fax: (415) 905-8880 |
| 13 | Fax: (415) 788-0161 | |
| | | John C. Herman |
| 14 | **Attorneys for Plaintiff Polina Ioffe** | jherman@hermanjones.com |
| 15 | | Candace N. Smith<br>csmith@hermanjones.com |
| 16 | | HERMAN JONES LLP<br>3424 Peachtree Road N.E., Suite 1650 |
| 17 | | Atlanta, Georgia 30326<br>Telephone: (404) 504-6500 |
| 18 | | Facsimile: (404) 504-6501 |
| 19 | | **Attorneys for Plaintiff Kristen Rivers and<br>V.R. Rivers** |
| 20 | **Ryan v. 23andMe Inc.** | **Dhaman Gill v. 23andMe, Inc.** |
| 21 | (Case No. 3:23-cv-5968-CRB)<br>**Northern District of California** | (Case No. 8:23-cv-02387-FWS-DFM)<br>**Central District of California** |
| 22 | GLANCY PRONGAY & MURRAY LLP | Michael R. Reese |
| 23 | Marc L. Godino | mreese@reesellp.com |
| | 1925 Century Park East | REESE LLP |
| 24 | Suite 2100 | 100 West 93rd Street, 16th Floor |
| | Los Angeles, CA 90067 | New York, New York 10025 |
| 25 | Telephone: (310) 201-9150 | Telephone: (212) 643-0500 |
| 26 | Facsimile: (310) 432-1495 | |
| | Email: mgodino@glancylaw.com | George V. Granade |
| 27 | | ggranade@reesellp.com |
| | Brian P. Murray | REESE LLP |
| 28 | GLANCY PRONGAY & MURRAY LLP | 8484 Wilshire Boulevard, Suite 515 |

| | |
|---|---|
| 230 Park Avenue, Suite 358<br>New York, NY 10169<br>Tel: (212) 682-5340<br>Fax: (212)-884-0988<br>bmurray@glancylaw.com<br><br>LAW OFFICE OF PAUL C. WHALEN, P.C.<br>Paul C. Whalen<br>768 Plandome Road<br>Manhasset, NY 11030<br>Tel.: (516) 426-6870<br>paul@paulwhalen.com<br><br>**Attorneys for Plaintiff Melissa Ryan** | Los Angeles, California 90211<br>Telephone: (310) 393-0070<br><br>Kevin Laukaitis<br>klaukaitis@laukaitislaw.com<br>LAUKAITIS LAW LLC<br>954 Avenida Ponce De Leon<br>Suite 205, #10518<br>San Juan, PR 00907<br>Telephone: (215) 789-4462<br><br>**Attorneys for Plaintiff Dhaman Gill** |
| **Bacus v. 23andMe, Inc**.<br> (Case No. 1:23-cv-16828)<br>**Northern District of Illinois**<br><br>Andrea Gold<br>Hassan A. Zavareei<br>hzavareei@tzlegal.com<br>Glenn E. Chappell<br>gchappell@tzlegal.com<br>David W. Lawler<br>dlawler@tzlegal.com<br>Leora N. Friedman<br>lfriedman@tzlegal.com<br>TYCKO & ZAVAREEI LLP<br>2000 Pennsylvania Avenue NW<br>Suite 1010<br>Washington, D.C. 20006<br>Telephone: (202) 973-0900<br>Facsimile: (202) 973-0950<br><br>**Attorneys for Plaintiff Michele Bacus** | **Hu v. 23andMe, Inc.**<br>(Case No. 1:23-cv-17079)<br>**Northern District of Illinois**<br><br>Katrina Carroll<br>LYNCH CARPENTER, LLP<br>111 W. Washington St. Suite 1240<br>Chicago IL 60602<br>312.750.1265<br>katrina@lcllp.com<br><br>Jonathan M. Jagher<br>FREED KANNER LONDON & MILLEN LLC<br>923 Fayette Street<br>Conshohocken, PA 19428<br>610.234.6486<br>jjagher@fklmlaw.com<br>Michael E. Moskovitz<br>Nia-Imara Barberousse Binns<br>100 Tri-State International, Suite 128<br>Lincolnshire, IL 60069<br>224.632.4506<br>mmoskovitz@fklmlaw.com<br>nbinns@fklmlaw.com<br><br>**Attorneys for Plaintiff Alyson Hu** |
| **Paddy et al v. 23andMe, Inc.**<br>(Case No. 3:23-cv-06698-EMC)<br>**Northern District of California**<br>Laurence D. King<br>Matthew B. George<br>Blair E. Reed<br>KAPLAN FOX & KILSHEIMER LLP | **Picha v. 23andMe, Inc.**<br>(Case No. 3:23-cv-06719-EMC)<br>**Northern District of California**<br>Christopher L. Springer<br>Cari Campen Laufenberg<br>Gretchen Freeman Cappio<br>KELLER ROHRBACK L.L.P |

1999 Harrison Street, Suite 1560
Oakland, CA 94612
Telephone: 415-772-4700
lking@kaplanfox.com
mgeorge@kaplanfox.com
breed@kaplanfox.com

Norman E. Siegel
J. Austin Moore
Brandi S. Spates
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Tel: 816-714-7100
siegel@stuevesiegel.com
moore@stuevesiegel.com
spates@stuevesiegel.com

**Attorneys for Plaintiff Claire Paddy and Neil Haven**

801 Garden Street, Suite 301
Santa Barbara, CA 93101
cspringer@kellerrohrback.com
claufenberg@kellerrohrback.com
gcappio@kellerrohrback.com
(805) 456-1496

**Attorneys for Plaintiff Cami Picha**

**In re: 23andMe, INC., Customer Data** Security Breach Litigation
(Case No. MDL 3098)
**Multidistrict Litigation**

Ian C. Ballon
GREENBERG TRAURIG, LLP
Ballon@gtlaw.com
1900 University Avenue, 5th Floor
East Palo Alto, California 94303
Tel: 650-289-7881; Fax: 650-462-7881

**Attorneys for Defendants 23andMe, Inc., 23andMe Pharmacy Holdings, Inc., 23andMe Holding Co.**

Dated: January 18, 2024                    Respectfully submitted,

                                        **WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**

                        By:     /s/ *Rachele R. Byrd*
                                  RACHELE R. BYRD

                        RACHELE R. BYRD
                        byrd@whafh.com
                        750 B Street, Suite 1820

San Diego, CA 92101
Telephone:  619/239-4599
Facsimile:    619/234-4599

**TOSTRUD LAW GROUP, P.C.**
JON A. TOSTRUD
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: 310/278-2600
Facsimile: 310/278-2640
jtostrud@tostrudlaw.com

**ERIK H. LANGELAND, P.C.**
ERIK H. LANGELAND
733 Third Avenue, 16th Floor
New York, NY. 10017
Telephone: (212) 354-6270
elangeland@langelandlaw.com

*Attorneys for Plaintiff Thomas Vickery*